UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:04-cr-239-T-23EAJ
     8:06-cv-1366-T-23EAJ

FRANKIE LEE BRYANT

_____/

### **ORDER**

Bryant moves to vacate his sentence pursuant to 28 U.S.C. § 2255 (Doc. 1).  The court referred the matter to Magistrate Judge Elizabeth A. Jenkins, who conducted a hearing and issued her report and recommendation (Doc. 23).  The court independently examined the file and reviewed the report and recommendation and the defendant's objections (Doc. 24).  Upon consideration, the objections are overruled and the report and recommendation is adopted, confirmed, and incorporated by reference into this order.

Accordingly, the court adopts the report and recommendation (Doc. 23).  Bryant's motion to vacate sentence (Doc. 1) is **DENIED**.  The clerk shall enter a judgment against defendant and close the civil action.

ORDERED in Tampa, Florida, on January 30, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE